Good morning, may it please the court Sarah Westcott on behalf of objector appellants Lewis Frost and Richard Denny 69 to 0 69 different courts across this country have recognized. Mr. Todd. He'll see as an expert in the field of class action notice 0 Have accepted the settling parties purported notice expert. Mr. Stephen Weisbrod. He didn't testify in this case, right? Presented evidence regarding the reach that he didn't testify, right? There his evidence was relied upon in the court's determination as far as the reasonableness of the notice Go ahead What it boils down to is I'm confused about that. I thought he didn't testify his statistics were what the court relied upon He did not I don't think he personally stood up and testified but it was his declarations that were relied upon What it boils down to is a question of whether it is Okay to approve a class settlement where the claims rate is just so appallingly low The claims rate here is zero point two nine percent now counsel. Is it growing all the time? I read your briefs and every time I read your briefs even your brief it grows a little bit. Is it still growing? I think Slightly we're still under half of one percent. Yeah, but up to 20 29,000 is the last number I saw is that where it is? I think that's where it is as it stands right now I don't have the updated numbers from settling parties vendors, but how long can it keep growing? Until the claims rate until the claims close. Well, when's that? Is there a day? I believe there's an 18 month period When does that date period in that's what I'm after. I don't think it starts until this is resolved Okay, so boy, this is a long time in the future. These can keep coming in. They are trickling it Yeah, I get your trickle point but but I was confused about that to go ahead This is the number that was provided by Remington as far as the universe of rifles that would be covered under the settlement Remington provided their sales records for how many decades? I don't know the exact number But it's the number that they fix the year they provided a number of seven and a half to eight million when we provide this Number we're using the lower number. It's it's it's a fictional that It's a max. It's a max. Well, absolutely Unreliable as an accurate denominator. It's the number that that Remington himself provided. It'd be the best number we've got but that's not nothing unusual the government deals with that kind of Right. I mean they've provided they provided the range of seven and a half to eight million As a 50 or 60 year period sales track sales gross sales gross quantity for 50 or 60 years Yes, and so so so seven and a half million assumes none of them have been lost None of them have been destroyed. None of them have been thrown away. I Mean Remington is it's not soft, but we won't go there. Go ahead. I mean they themselves advertise these guns as multi-generational So there's no evidence in the record But that's one reason they won't come forward because they're multi-generational go ahead Because The claims rate is zero point two nine percent one-third of one percent of the class year Regardless of whether it's seven and a half million or something less Only one-third of one percent is going to receive the benefit of this settlement And we're not asking the court to overturn the settlement solely on the basis of this appallingly low claims rate Because there could be circumstances best case for disapproving a settlement based on claims rate You know, I was just saying we're not asking you just to Disapprove the settlement on the basis of the claims rate because there are cases cited where a 1% or a 2% claims rate has been found To be acceptable. All right, and we're not what's your best case on the issue of claim your your position on claims rage with which Frankly, I'm very skeptical Well, we're not asking the court to solely look at the claims that's where you started Why can't I ask you for your best case and your lead argument? What we're what I'm trying to the point I'm trying to make here is that There are cases that we have cited and that appellees have cited where a 1% claims rate is acceptable But this case is distinguishable from those There are two critical. You want us to you want us to break new ground? On the claims rate issue. Well, we don't want you to we're not asking for a ruling stating that the 0.29 claims rate Is the reason why this should be overruled? That's not the sole basis the problem here is that The notice did not reach the class there was no Actual Desire to inform the class there are major problems with this notice This case is distinguishable from those cases where there's a 1% record was just going through the motions They were going through the motions when a district court. I said the judge they were my tremendous personal effort to him to to Improve the process to the point where he was satisfied. It was the best reasonable There are several problems with the facts that he accepted as truths One of those being that Remington has warranty card data It's in the record or the actual warranty card itself is in the record It has the physical mailing address for individuals who purchase these guns the model numbers. So what? If they have the physical addresses under Malayne and car eyes inverse Carlyle They're required to use the physical addresses and they did not they chose not to even if they're from 1957 right that's your position Malayne No, no, even if the card with warranty card was sent in 1957 if they have the address that they need to to attempt to use those first and they just totally disregarded That's a 1957 warranty card. Yeah, one of these models was 1957 yeah, yeah, right. They should have first gone to the best what is well known and Notice experts everywhere that direct mail notice gets the highest rates and they simply chose to disregard that and in the district court and making their Decision relied on the argument of Remington's counsel. Those experts are probably my age and don't understand social media or the Internet Well any better than I do The other major problems. Times evolve and there are and new ways the way to do it to reach Particularly young people today may be completely off the chart in terms of what experts would have said ten years ago. You should do And we agree with that. We're not trying to. All right. Well, but that's what the district court was dealing with Times change and and the law has general principles that have that have to be adaptable They're still required to send the best notice. It has to be an abuse of discretion for us to tinker with what the judge did I'd like to point out one major problem and that we see is that in accepting the settling parties vendors Notice plan here and that want the notice plan that we argue is not the best practical under the circumstances one because they didn't use direct Notice two because they used an internet net based notice that is majorly flawed There's a quote from Remington's Notice provider Matt Gerritsen at one of the hearings where he says We saw this as an opportunity to Revolutionize the way in which notice was done in the United States and bring it up to the leading standard But we recognize it's an innovative approach This was an experiment This was the notice time or the second time as you know, the district tried once this is the second time Okay, good. They're trying to experiment the first time. So you say there are two the first time they only sent out 2,500 direct mail notices to class members regardless of whether that's seven million or five million two thousand five hundred and seventy one people got notice No All other notices in the world failed with all class all Class members not that they all that's the way you're arguing it I'm pointing out what was done as far as direct notice the first time then when the vendors direct notice Eisen does not require direct notice. I Reject that legal argument. It requires the best practical notice under the circumstances So that does not equal direct notice we've pointed out and Pro bono expert Todd Hilsey who's been recognized by a number of courts as a leading expert He in the field of class action notice has pointed out major flaws with their experimental their own words an experimental plan lots of experiments fail and this one did and They don't have the claims rate to back it up if you're gonna do an experimental notice plan, you need to have a claims rate to back it up to show that that worked and The court blindly accepted the event notice vendors. There's a difference between notice received and claim submitted Yes, which are you which are you arguing it? Which was the failure? You don't have any you don't have any evidence of notice of how many of this Mythical seven million five hundred thousand people didn't receive the notice What we have is all you're saying is well these idiots didn't submit didn't didn't put in for Some rifle repair or reimbursement that they could have and so They can't be stupid. So they must not have gotten the notice. I don't I don't go from I don't say that A plus B equals C We're raising an issue with whether or not the class actually was given the opportunity to be informed and there are so many problems with this digital experimental plan They're saying that 40 million were reached and they're using that as as their number but the court ignored all of the 40 million impressions From the internet advertising, of course, that's not a it's not a purse 40 million Okay, but really here's here's what I? Where I struggle a little bit is that your argument is that we look at the claims rate and that proves that notice was not Received and yet I look at this thing and I say, you know, listen if I own a 50 year old Remington rifle Never had any problems with the trigger. My dad never had any problems with the trigger. I'm now holding on to this gun I've never had any difficulties with it, you know And you want me to send my gun to you or give me like, you know a hat or something? I mean there's an and I'm gonna lose the anonymity that I own this gun Right and then now somebody's gonna have it and all these guys that that hold all these firearms You know a large percentage of firearms are held by people who are a little bit concerned about the government finding out they have them Because they don't want the government to come and get them So there's all kinds of reasons for this very small benefit that a firearm owner might just say not worth my trouble So, why are you now? I mean what why should we draw from? Your inference that they must not have been reached as opposed to the inference that they just didn't care. I Volume of evidence from nationally recognized notice experts that this notice didn't work. They're just getting they're just guessing Well, there's no idea with the with the effort made to distribute to who I guess the wholesalers Within who were then instructed to send every to every store These these experts who probably have never have never even even shot a gun at a pistol at a range Are supposed to say how many people didn't get the notice? You there are certain facts that the district court was not aware of and that were not presented by the settling parties vendors that is They're going through statistics. They're in the record. They're not in the record They click through statistics of how many people clicked on these banner ads the statistics of how many people opened emails If you're going outside the record on appeal stop it The they weren't these are items that were not provided that that were known to these are known to media vendors You know, how many people click on a banner ad, you know, how many people open an email? These are statistics that are easy to know and that they're settling the settling parties vendors chose not to provide the court Is there is evidence about the readership as it called American riflemen, whatever the NRA's magazines called it was in there I believe they had a readership a number and they assumed that was the volume of people who would have Seen that Statistics that the district court is relying on at one point I'd like to make in response to your argument as far as the claims process That's another thing that we raised in our briefing is that this claims process is so burdensome There's no reason that these people had to send back their guns In other cases that Remington's had they've allowed local gunsmiths to repair it and they've been local gunsmiths couldn't make some of the repairs I know you're here in this case. They did not allow that in other cases They did but I thought some of the local gun shops can't do it You think that's not true. Maybe for the 600 model rifles, correct? I'm gonna reserve the rest of my time for a bottle In Garza versus the Remington case Garza, they allowed local guns. Yeah, I know but you used the plural Were you referring to anything besides Garza just Garza? Okay Mr. Shirk may please the court Your honor. I'm John Shirk with Shikardi and Bacon and I represent the defendants in this appeal and with me today is Kevin Parker Who's going to give the plaintiff's point of view? Before I begin I'd like to Bring to the court's attention the demonstrative that's in the record it said SA 1706 and this lays out the structure of the Remington settlement and it speaks to the is this in the record? Is that thing you're holding up? Yeah, where is it? Tell us where it is quickly. It's 1706. Thank you The clerks appreciate it. Yeah No It really lays out the whole structure of the settlement in a nice way and it also indicates the age of the guns That came up I think Judge Erickson in a question you had some of these guns go back to 1948 so we're talking about a huge sweep of time and this is a I mean This is a complicated settlement and to say that the judge mailed it in or had no desire It's just not accurate. I mean Judge Smith Worked in this case. He agonized over what about ignoring the main expert on this the main acknowledged experts The district judge ignored that's what the other side says He's not even in the case. He's an amicus Expert I mean filed an affidavit. Yeah was the affidavit before the district court Mr. Their expert their so-called expert. Mr. He'll see in my view. He he has a backward-looking anachronistic view of notice I mean and it speaks to what judge Loken said earlier times have changed the Canadians prudence is not a witness in the case, but he filed an amicus brief with the district court. Well, he's an affidavit Yeah, he's did you object to it? Yes, okay. The district judge let it in or not, right? And he was I'm sorry the district judge admitted or not. I didn't he did he admit the affidavit he did Okay, so it's in the record. Go ahead, right? It's so he's not a so-called expert. It's in the record Go ahead He's a so-called expert and this so-called expert also had the opportunity to Stand up and speak in front of Judge Smith and he declined that opportunity at the final approval hearing Which I think is notable, but in any case I mean what he is saying about direct notice by email is antithetical to what the recent jurisprudence says I mean rule 23 is has been amended and will go into effect at the end of this year and it provides expressly for electronic communications when the situation warrants it that's Exactly what we have here Remington communicates through it to its customers through its email list. It has a robust email list Which it keeps up. It's got about 800,000 names on it only 93,000 recognized as emails connected to these guns, right? Not even that many probably I thought you sent email notices to 93,000 He said email notices to almost a million people 93,000 got postcards because for them the email notices bounced back and so we sent them postcards in an abundance of caution I mean, you're right. I read my notes wrong. Go ahead. We the notice the notice effort here was was Almost unprecedented we went beyond it You know way beyond as good as practical and part of that was demanded by Judge Smith Do you believe that the emit 1 million emails went to people who are definitely in the 7.5 million class? Some of them absolutely I don't know how many because the email district judge know how many about how many were and about how many weren't no No one knows it can't be known the list we put together was wildly overbroad, but we When judge Smith said listen go back to the drawing board you sent notice out we have you know 2,200 claims after the first round of notice and that was a due process notice with a reach of 73.7 I believe he said do it again And so we had to step back class counsel and I and say what what do we do now? I mean, we did do process notice. The judge is not happy. We need to make him happy We need to we need to stimulate claims That's why we went to signal interactive media and we got them to put together this Targeted social media based notice campaign was it innovative? Sure. That's what we wanted But we didn't stop there. Not only did we do this Test case proven notice program. We also We we layered on a radio program, which was you know played in 98% of the markets in this country But we didn't stop there either We'd larded on this email program or we where we took all our active email names and we drew in from every other source We had warranty records that objectors counsel brought up repair records people that had contacted the company Didn't you use the warranty records? We did use the warranty records in that connection. But one thing you need to know about the warranty records. I mean like you said They're old There's no indicia that they're that they that the information that they have on the warranty records is current The old warranty records that we had for a long long time, which were pieces of paper were thrown out a while ago And they started a new program. But what we have is this active Customer list. That's what the company uses to communicate with but did we bring in the warranty information to the extent we had it? We made this Bohemoth 1 million person email list. Sure. We did we brought everything else in too and we de-duped that list and then we sent it out knowing that Probably a small fraction of those individuals that got the notice had guns that fell within the class It was the best we could do the only targeted List we have of people within our class are the refund purchasers and that's Over here on the right hand side of my chart in the red. Those are individuals that had a say a Walker They had a gun say a rifle at 700 mile 700 with a Walker trigger control And they decided to replace it with an X the Walker fire mechanism with an X mark Pro Let me ask you a question. Yeah change the subject because I'm insured right the district court recites that of the 2600 and some for 22,000 claims initially retains received 788 claimed personal injury or property damage now, what's this? What's the status under the settlement of? Those persons with that claim and non-responding class members with personal injury or property damage claims Those claims are not waived They no one waives a personal injury claim whether you make a claim or don't say that's right That's right. Those those stay what we're doing is we're settling economic loss. These are the Massachusetts amicus those Yeah, they're wrong about that judge Smith When we first crafted the settlement documents, it was never our intention to include personal injury or property damage claims We saw no ambiguity judge Smith did he brought it up to us and he required that we amend the language of the settlement agreement To even more clearly reflect that nothing like that was being you don't waive any statute of limitations Arguments against that any statute of limitations defenses though in the settlement, right? We yeah you Remington don't waive give up no, we don't you don't proceed. No, we don't Claims rate that was touched upon by objectors counsel Claims rate is not a litmus test for the adequacy of notice. It's relevant for the fairness. You agree. It's relevant It's a factor that courts look to but it is relevant. You agree. It's relevant It's not the Alpha and Omega your honor at all. And how long can these claims keep coming in? You heard what I asked the other counsel. I'm confused. Here's how this sets up If this court were to approve the settlement then the period of time passes for the judgment to come final that's when the Period 18 months claim starts and it's 18 months thereafter. That's right So we have a good long time at least two more years two three more years Yeah, and let's keep in mind and now they they've strolled down to where none are really coming in or not They're coming in. Absolutely still continue to come in. Is that a record anywhere other than you and me talking about it? Yeah, it is. It's in our brief that we filed. Yeah, but is it in the record, you know? Is there someplace we can go like the district courts website or any other place that indicates the status of claims at any relevant time? Because they keep changing every time somebody files a brief I notice they do and I and I can tell you as an officer of the court right now when we filed our original Brief for final approval. We had 2,200 claims at the final approval hearing after the supplemental notice program. We had 19,000 claims As of now we have roughly thirty one thousand five hundred claims and let's keep in mind. We haven't even started You know the period of claims yet. I mean there will be put there will be Certainly press information. I think the reporters in the room right now That will pick this up and so we expect an absolute uptick in claims and the company is ready to begin this process We have inventory on stock. Our claims people are ready to answer questions Our RARC people who we've trained are ready to fix guns and we're ready to fix guns back at the facility Thank you You Good morning, your honors may it please the court I'm Kevin Parker appearing on behalf of Ian Pollard the plaintiff appellee and the other appellees in this case Court has heard extensive argument, but I think The court's task here is relatively straightforward and that is to determine whether the district court Clearly abused his discretion in approving this settlement This court's jurisprudence from the Marshall case confirms that settlement agreements are presumptively valid and that the district courts Determination is entitled to considerable deference Now the 8th Circuit has developed a four-factor test to be used in evaluating these settlements and The first and I think most important factor is recognized by the court is for the district court to weigh the merits of the plaintiff's case against the terms of the settlement this case involves plaintiffs in a class who own Remington firearms various models of them with a defective trigger mechanism It's an economic loss case But it's also a case which presents a public safety problem a safety problem for the people who own the guns Those who are around people who are using the guns The result of the defect is an unintentional discharge of the weapon something Every everybody everywhere wants to avoid The settlement goes right to the heart of that complaint and That's why it's plaintiffs counsel. We think it's a good settlement Do the plaintiffs believe every gun has this problem a percent of them? I'm sorry I've not looked at your actual allegations, and I know we're beyond that stage, but but point point What's your view of the case on that point the plaintiffs view of the case is the way the guns are designed manufactured? The potential for that is there and everyone yes, yes proceed and so we are We want to get that fixed and what this settlement does is provide a way for that to happen And that's why it's a good settlement from the plaintiffs standpoint now in the keel case from 2017 just last year this court was conducting this very same analysis of in reviewing a a Settlement because the outcome of the case was far from certain If the case did not settle and because there was a substantial benefit to the class and that's exactly what we have here It's right got up to 3% right pardon me. It's settlement claims rate got up to 3% right I think it may have your honor right but in terms of substantial benefit of the class an obstacle to the obstacles to the litigation Judge Smith below went through that very carefully he outlined some of the statute of limitations issues the the plaintiffs in this class would face because of the age of their guns and he even Reasoned that if you take the statutes of limitation into effect It could reduce the size of the class to about a million guns Just by virtue of time so that's a substantial obstacle That is now waived for purpose of this settlement to get as many guns fixed as can be fixed with weight only as to economic Loss not as to personal injury, right? That's correct your honor of course a personal injury case would arise when the gun misfired and somebody was injured Yeah So that would start that questions when it happens and when you get sued but go ahead We won't pursue and so and so the court approved this settlement Because it overcome it overcame the serious limitations issues in the case and of course Remington is defending these vociferously and Aggressively and so they're arguing no defect and no causation so the court did not abuse its discretion when it Approved this settlement the settlement went right to the heart of the complaint. It's feasible. It can be done Tens of thousands of guns are getting fixed Tens of thousands of more maybe up to hundreds of thousands We don't know can be fixed by the end of the 18 month period and so this is a case I think it fits directly within the jurisprudence of keel within the jurisprudence of Marshall to approve this case The trial court engaged in the correct analysis as far as choice of law and everything else He approved the case because it fixes the problem and from the plaintiffs standpoint and the class standpoint We're we're very happy with the settlement we think it's excellent, and we think this court should affirm the judgment of the district court Thank you This was I only have about a minute here, so I'm going to try to touch quickly on a couple points that mr. Shirk made One point that struck out to me is that he cannot tell you how many of those emails actually reached class members I think that's critical here They don't know and he said this is the best we could do and I don't think that's the correct answer This is not the best they could do they left out for instance television campaigns. They could have done a stronger internet notice we're not completely discounting the use of digital media here, but what they did here was a You know not a thorough effort and that's the problem that we raise and that's the problem that mr. Hilsey raises and that digital ad expert mr. Foe raises in his amicus brief He also stated that they expect an uptick in claims because this hasn't even started the notice program is over They're not expecting to do any more notice Any notice at this point that class members would get would just be as a result of these proceedings and I think Judge Smith should have gone with his initial gut reaction When he said the low claims rate demonstrates that this notice program has not been effective He said it's before the first time or second time. This is after the first round of note after the first go ahead He said this low Action settlement processes resulting in supplemental notices in the middle of The claims period and the problem here is that it only went up from one tenth of 1% to one third You said the 18 months hasn't started notice is all done, and I that's It's been I don't believe they're doing any good class action, but I don't believe they're sending out any more notices Oh, no, no if If something is is does not seem right in the mid in the midst of the class class period the court has discretion to bring everybody in or be asked to bring everybody in and I think that has happened and in probably numerous class action settlement situations Sure, and with that my time is up, and I'd ask that well. I didn't know I took you I took some of your time And we just asked that the court reverse the decision of the lower court. Thank you Thank You counsel case has been thoroughly briefed and argued and we will take it under circumstance